Paul Mitchell BURGESS,
Petitioner–Appellant,

v.

State of NORTH CAROLINA; Walter Whitman, Superintendent of Adult Correctional Institution; Franklin Freeman, Secretary of the Department of Corrections for the State of North Carolina; Superintendent Clark, Respondents–Appellees.

No. 00–7654.

United States Court of Appeals,
Fourth Circuit.

Submitted March 6, 2001.

Decided March 19, 2001.

Paul Mitchell Burgess, pro se. Jill Ledford Cheek, Special Deputy Attorney General, Raleigh, NC, for appellees.

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

PER CURIAM.

Paul Mitchell Burgess appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the rea-

soning of the district court. *See Burgess v. North Carolina,* No. CA–95–283–3–MU–2 (W.D.N.C. Sept. 28, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*